# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

BARBARA STEPHENS            CASE NO.: 6:18-bk-05294-CCJ
                                                     CHAPTER: 7

      DEBTOR(S).

_____/

## MOTION FOR *IN REM* RELIEF FROM AUTOMATIC STAY

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY ONE (21) DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE (3) DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT GEORGE C. YOUNG FEDERAL COURTHOUSE. 400 W. WASHINGTON STREET, SUITE 5100, ORLANDO FLORIDA 32801, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, JEFFREY S. FRASER, ESQ, ALBERTELLI LAW, PO BOX 23028, TAMPA, FL 33623, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITH THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.**

**IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

       COMES NOW, **The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Home Equity Loan Trust 2007-FRE1** ("Movant"), by and through its undersigned counsel, and moves for *in rem* relief from the automatic stay, pursuant to 11 USC §362(d). In support thereof, Movant states:

       1.      On August 30, 2018, the Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code.

2. Jurisdiction in this cause is granted to the Court, pursuant to 28 U.S.C. §1334, 11 U.S.C. §362 and all other applicable rules and statutes affecting the jurisdiction of the Court generally.

3. On August 27, 2018, the Circuit Court of the Seventh Judicial Circuit entered a *Final Judgment of Foreclosure* – a true and correct copy of which is attached hereto as Exhibit "**A**" – in favor of Movant for **$411,498.50** related to the following Real Property in Volusia County, Florida:

> LOT 26, HIDDEN LAKES SUBDIVISION, PHASE I, ACCORDING TO THE PLAT THEREOF AS RECORDED IN MAP BOOK 37, PAGES 121 AND 122, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.

**Property Address: 1403 N DEXTER DRIVE, PORT ORANGE, FL 32129 (the "Subject Property")**

4. According to Debtor's Schedule C, the property is not claimed as exempt.

5. The Debtor is in default. As of September 14, 2018, the Debtor is due for the December 1, 2016 payment and all subsequent payments. The unpaid principal amount due, as of September 14, 2018, is $374,143.82.

6. The *Debtor's Statement of Intention* shows that the Debtor intends to surrender the subject property. The Affidavit in Support of the Motion for Relief from Stay is attached as Exhibit "**B**".

7. The value of the collateral pursuant to Schedule D is **$199,946.00**.

8. The value of the above collateral is insufficient to provide adequate protection to Movant. It would be inequitable to permit the Debtor to retain the collateral, as there is no equity in the collateral, and it is not necessary for an effective reorganization.

9. Furthermore, Movant is not receiving any payments from Debtor to protect against the erosion of its collateral position.

10. If Movant is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

11. Once the stay is terminated, Debtor will have minimal motivation to insure, preserve, or protect the collateral. Therefore, Movant requests that the Court waive the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3).

WHEREFORE, **The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Home Equity Loan Trust 2007-FRE1** respectfully requests the Court enter an order:

      a.    terminating the automatic stay, *in rem*;

      b.    permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein;

      c.    allowing Movant to gain possession of said collateral;

      d.    waiving the 14-day stay under Fed. R. Bankr. P. 4001(a)(3), and

      e.    granting such further relief as the Court deems just and appropriate.

Jeffrey S. Fraser, Esq.
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2499
Facsimile: (813) 221-9171
Bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

By: /s/ *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
Florida Bar No.: 85894

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, this 4th day of October, 2018.

        Jeffrey S. Fraser, Esq.
        **Albertelli Law**
        Attorney for Secured Creditor
        PO Box 23028
        Tampa, FL 33623
        Telephone: (813) 221-4743 ext. 2499
        Facsimile: (813) 221-9171
        Bkfl@albertellilaw.com
        Alternate: jfraser@albertellilaw.com

        By: /s/ *Jeffrey S. Fraser, Esq.*
        Jeffrey S. Fraser, Esq.
        Florida Bar No.: 85894

**SERVICE LIST**
Barbara Stephens
1403 Dexter Dr. N.
Port Orange, FL 32129

Robert H. Zipperer
224 South Beach Street, Suite 202
Daytona Beach, FL 32114

*Trustee*
Gene T Chambers
Post Office Box 533987
Orlando, FL 32853

*U.S. Trustee*
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801