ORDERED.

**Dated:  October 30, 2018**

Cynthia C. Jackson
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**IN RE:**

**BARBARA STEPHENS**                    **CASE NO.: 6:18-bk-05294-CCJ**
                                        **CHAPTER: 7**

     **DEBTOR(S).**
_____/

**ORDER GRANTING MOTION FOR *IN REM* RELIEF FROM AUTOMATIC STAY**

     **THIS CASE** came on for consideration on the Motion for *In Rem* Relief from Automatic Stay [DE#7] filed by **The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Home Equity Loan Trust 2007-FRE1** ("Movant") on October 4, 2018.  No appropriate response having been filed in accordance with Local Rule 2002-4.  Accordingly, it is

   **ORDERED:**
   1.     Movant's Motion is GRANTED.

2.      The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**LOT 26, HIDDEN LAKES SUBDIVISION, PHASE I, ACCORDING TO THE PLAT THEREOF AS RECORDED IN MAP BOOK 37, PAGES 121 AND 122, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.**

**Property Address: 1403 N DEXTER DRIVE, PORT ORANGE, FL 32129 (the "Subject Property")**

3.      The order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant (contingent upon the Debtor receiving a discharge in this case) shall not obtain *in personam* relief against the debtor.

4.      The stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

*Attorney, Jeffrey S. Fraser, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of the order.*